UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Allan O. Moore, Sr. | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 11-1301 |
| | ) | |
| Lisa Madigan, et al, | ) | |
| Defendant | ) | |

**REPORT AND RECOMMENDATION**

On August 16, 2011, Plaintiff's motion for leave to proceed *in forma pauperis* was denied without prejudice, due to his failure to provide the court with complete information about his financial situation and due to his failure to adequately plead facts sufficient to withstand a motion to dismiss. He was ordered to file an amended complaint and complete the requisite Affidavit supporting his petition to proceed *in forma pauperis*.

No deadline was given for compliance with that order. However, at this time, nearly 4 months have elapsed, and he has done nothing. Accordingly, I recommend that this action be dismissed for failure to prosecute it pursuant to Fed.R.Civ.P. 41(a).

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk within fourteen (14) working days after service of this Report and Recommendation. Fed.R.Civ.P.72(b); 29 U.S.C.636 (b)(1). Failure to object will constitute a waiver of objections on appeal. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

ENTERED ON November 4, 2011

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE